**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: | Case No. **19–01041 BKT** |
| LUIS JAVIER VAZQUEZ URQUIA | |
| Debtor(s) | Chapter **7** |
| US TRUSTEE | |
| Plaintiff(s) | Adversary Number **20–00057** |
| v. | |
| LUIS JAVIER VAZQUEZ URQUIA et. al. | FILED & ENTERED ON 6/15/20 |
| Defendant(s) | |

*ORDER*

The motion filed by Debtor, Defendant requesting extension of time of thirty (30) days to answer the Complaint (docket #6) is hereby granted. Order due by July 14, 2020

IT SO ORDERED.

In San Juan, Puerto Rico, this Monday, June 15, 2020 .

Brian K. Tester
United States Bankruptcy Judge