IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>LUIS JAVIER VAZQUEZ URQUIA<br><br>Debtor(s)<br>US TRUSTEE<br>Plaintiff(s)<br>LUIS JAVIER VAZQUEZ URQUIA<br>Defendant(s) | CASE NO. 19-01041-MCF7<br>Chapter 7<br><br>ADVERSARY NUMBER: 20-00057-MCF<br><br><br>FILED & ENTERED ON JUN/03/2021 |

JUDGMENT

Upon the order entered on June 3, 2021, dismissing the main case (Docket No. 174), it is now

ADJUDGED AND DECREED that judgment be and is hereby entered dismissing the above captioned adversary proceeding.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3 day of June, 2021.

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge